UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BANJO MCLACHLAN, | Case No. 23-cv-03907-HSG |
| --- | --- |
| Plaintiff, | |
| v. | **CONDITIONAL ORDER OF DISMISSAL** |
| TRAPITAL LLC, | |
| Defendant. | Docket No. 9 |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed with prejudice; provided, however that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 45 days from the date hereof, that the agreed consideration for said settlement has been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restore to the calendar to be set for trial.

DATED: 10/10/2023

_____
Judge Haywood S. Gilliam, Jr.
United States District Court Judge